IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **TRUDY GRIFFIN,** | ) |
| **Plaintiff,** | ) |
| | ) Case No.: 3:08-CV-828 |
| v. | ) Judge Trauger |
| | ) |
| **DARRELL HARDRICK,** | ) |
| **Defendant.** | ) |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendant's Motion for Summary Judgment (Docket No. 11) is **GRANTED.** This case is dismissed.

It is so ordered.

Entered this 3rd day of June 2009.

_____
ALETA A. TRAUGER
United States District Judge